# National Organization of Victims of Juvenile Lifers
# NOVJL
## www.teenkillers.org

NOVJL
P.O. BOX 498
Davisburg, MI 48350
847-446-7073

**FILED**
APR 2 8 2011
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

To: Judge John Corbett O'Meara

From: The National Organization of Victims of Juvenile Lifers

Date: April 28, 2011

Re: MOTION FOR LEAVE OF COURT TO FILE AMICUS BRIEF in Case Dockett #10-14568

Lead Plaintiff Henry Hill
Lead Defendant Governor Rick Snyder, State of Michigan

Your Honor, we appreciate your accepting this letter as a motion, since we have no funds or resources to retain legal representation, we appear pro se and are doing the best we can as non-attorneys.

We are the murder victims family members of some of those murdered by offenders in this case, and of the other "juvenile lifer" cases that this case will affect.

Michigan NOVJL leader Jody Robinson had called the court some months ago asking to be informed about when a hearing would take place and when we could file an amicus and were told that it was not even on the docket yet and that we had plenty of time. Just last week, we saw to our horror in the news that you had already heard the case, that no victims were present or notified, and that you would rule perhaps too soon for us to file an amicus brief.

We have rushed to find a pro-bono legal intern who could help us craft an amicus brief for your consideration of the victims of these crimes. We ask leave of you to give us time to file this amicus and be heard before you render a ruling in this case.

*Jennifer Bishop Jenkins*
Jennifer Bishop Jenkins
President, NOVJL
NOVJL@aol.com