5:10-cv-14568-JCO-RSW   Doc # 41   Filed 01/10/12   Pg 1 of 2   Pg ID 538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY HILL, JEMAL TIPTON, DAMION
TODD, BOBBY HINES, KEVIN BOYD, BOSIE
SMITH, JENNIFER PRUITT, MATTHEW
BENTLEY, and KEITH MAXEY,

    Plaintiffs,

v.

RICK SNYDER, in his official capacity as
Governor of the State of Michigan, RICHARD
MCKEON, in his official capacity as Interim
Director, Michigan Department of Corrections,
BARBARA SAMPSON, in her official capacity
as Chair, Michigan Parole Board, jointly and severally,

    Defendants.
_____/

Case No. 10-14568

Hon. John Corbett O'Meara

## ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

Before the court is Plaintiffs' motion for reconsideration of the court's July 15, 2011 opinion and order granting in part Defendants' motion to dismiss. The court did not request a response or hear oral argument. The standard for granting motions for reconsideration is as follows:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the

court, either expressly or by reasonable implication, Plaintiffs have failed to demonstrate a palpable defect by which the court and the parties have been misled.  Therefore, IT IS HEREBY ORDERED that Plaintiffs' motion for reconsideration is DENIED.

                                         s/John Corbett O'Meara
                                         United States District Judge

Date:  January 10, 2012

       I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 10, 2012, using the ECF system.

                                         s/William Barkholz
                                         Case Manager