UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY HILL, *et al.*,

    Plaintiffs,

v.                                                                          Case No. 10-14568

                                                                          Hon. John Corbett O'Meara

RICK SNYDER, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO INTERVENE

Before the court is Kyle DeVon Daniel-Bey's motion to intervene as a plaintiff in this action, filed January 13, 2014. An appeal in this matter, filed by Defendants on December 5, 2013, is currently pending before the Court of Appeals for the Sixth Circuit. As a result, the court is without jurisdiction to consider Mr. Daniel-Bey's motion. See Taylor v. KeyCorp, 680 F.3d 609, 615-16 (6th Cir. 2012) ("[W]e have held that a notice of appeal divests the district court of jurisdiction to resolve a motion to intervene filed after a notice of appeal.").

Accordingly, IT IS HEREBY ORDERED that Kyle DeVon Daniel-Bey's motion to intervene is DENIED.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: June 20, 2014

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 20, 2014, using the ECF system and/or ordinary mail.

                                              s/William Barkholz  
                                              Case Manager